UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELI LILLY AND COMPANY ET AL.,

    Plaintiff(s),

v.

TEVA PHARMACEUTICALS USA INC ET AL.,

    Defendant(s).

CASE NO. 2:17−cv−00267−JLR

MINUTE ORDER REASSIGNING CASE

Pursuant to the Amended General Order 03−12 and a request for reassignment to a district judge having been received, this action is hereby reassigned to Honorable James L. Robart , United States District Judge. All future documents filed in this case must bear the cause number 2:17−cv−00267−JLR and bear the Judge's name in the upper right hand corner of the document.

DATED February 21, 2017

William M. McCool
Clerk of Court

By: /s/ Agalelei Elkington
Deputy Clerk