The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELI LILLY AND COMPANY et al.,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA INC., et al.,<br><br>Defendants. | No. 2:17-cv-00267-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO TAKE THE DEPOSITION OF DR. JOHN WHITAKER**<br><br>NOTE ON MOTION CALENDAR:<br>March 30, 2017 |



## STIPULATED MOTION

All Parties to this action—Plaintiffs Eli Lilly and Company and ICOS Corporation (collectively, "Plaintiffs"), Defendants Teva Pharmaceuticals USA Inc. and Watson Laboratories, Inc. (collectively, "Defendants"), and Dr. John Steven Whitaker ("Dr. Whitaker")—seek leave to extend the deadline to take the deposition of Dr. Whitaker ordered by this Court on March 16, 2017.

On March 16, 2017, the Court issued an Order on Motion to Transfer or to Quash or Modify and for Protective Order. (D.I. 7.). Regarding the deposition of Dr. John Whitaker, the Court stated that the "date upon which the parties agree to conduct the deposition must

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND THE DEADLINE TO TAKE THE
DEPOSITION OF DR. JOHN WHITAKER
NO. C17-0267-JLR – Page 1

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

be no later than thirty (30) days after the entry of this order," i.e., April 15, 2017. (D.I. 7 at 10.) Due to Dr. Whitaker's prior commitments and the many depositions of other witnesses already scheduled by the Plaintiffs and Defendants in the Underlying Litigation, Plaintiffs, Defendants, and Dr. Whitaker were unable to find a convenient date for Dr. Whitaker's deposition by April 15, 2017. However, the Parties have identified April 18, 2017 as a mutually convenient date for Dr. Whitaker's deposition. Because April, 18, 2017, is only three days after the deadline set by this Court, the Parties believe there is good cause shown to extend the deadline to take Dr. Whitaker's deposition.

The Parties therefore respectfully request that the Court allow for Dr. Whitaker's deposition to take place on April 18, 2017.

Dated: March 30, 2017.

**YARMUTH WILSDON PLLC**

By: s/John H. Jamnback
John H. Jamnback, WSBA No. 29872
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
206.516.3800
206.516.3888 (facsimile)
jjamnback@yarmuth.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

Mark. J. Feldstein
John M. Williamson
901 New York Avenue, NW
Washington, D.C. 20001-4413
202.408.4000
202.408.4400 (facsimile)
john.williamson@finnegan.com
mark.feldstein@finnegan.com

*Attorneys for Eli Lilly & Co. and ICOS Corp.*

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND THE DEADLINE TO TAKE THE
DEPOSITION OF DR. JOHN WHITAKER
NO. C17-0267-JLR – Page 2

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

Dated: March 30, 2017.

**KIRKLAND & ELLIS LLP**

By: s/Stefan M. Miller *(w/permission)*
Stefan M. Miller
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800
Facsimile: 212-446-4900
Email: stefan.miller@kirkland.com

*Attorney for Teva Pharmaceuticals USA Inc. and Watson Laboratories Inc.*

Dated: March 30, 2017.

**GARVEY SCHUBERT BARER**

By: s/Seth J. Berntsen *(w/permission)*
Seth J. Berntsen
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939
Telephone: 206-464-3939
Facsimile: 206-464-0125
sberntsen@gsblaw.com

*Attorneys for Third-Party Subpoena Recipient Dr. John Steven Whitaker*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO TAKE THE DEPOSITION OF DR. JOHN WHITAKER
NO. C17-0267-JLR – Page 3

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: March 30, 2017

The Honorable James L. Robart
United States District Judge

*Presented by:*

**YARMUTH WILSDON PLLC**

By */s/ John H. Jamnback*
John H. Jamnback, WSBA No. 29872
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: 206.516.3800
Fax: 206.516.3888
Email: jjamnback@yarmuth.com

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND THE DEADLINE TO TAKE THE
DEPOSITION OF DR. JOHN WHITAKER
NO. C17-0267-JLR – Page 4

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users.

DATED: March 30, 2017 at Seattle, Washington.

*/s/ Sue Stephens*
Sue Stephens, Legal Assistant

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND THE DEADLINE TO TAKE THE
DEPOSITION OF DR. JOHN WHITAKER
NO. C17-0267-JLR – Page 5
981.01 rc290602 3/30/17

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888